# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### BEAUFORT DIVISION

RECEIVED USDC
CLERK CHARLESTON SC
2023 SEP -7 PM 4: 04

|  |  |
|---|---|
| GREGG MARCEL DIXON<br>3909 Rice Shire<br>Ridgeland, SC 29936 | )<br>)<br>)<br>) |
|  | ) |
| Plaintiff, | )<br>)<br>) |
|  | ) |
| -against- | )<br>)<br>) |
|  | ) |
| JAMES E. CLYBURN, Individually,<br>and in his official capacity as a<br>Member of the United States Congress<br>1225 Lady Street<br>Columbia, SC 29201 | )<br>)<br>)<br>)<br>) |
|  | ) |
| X CORP f/k/a TWITTER, INC.,<br>1355 Market Street, #900<br>San Francisco, CA 94103 | )<br>)<br>)<br>) |
|  | ) |
| Defendants. | )<br>) |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES FOR VIOLATION OF CONSTITUTIONAL RIGHT TO FREE SPEECH AND RELATED CLAIM.**

**CIVIL ACTION**

**CASE NUMBER:** 9:23-cv-04500-SAL-MHC

**JURY TRIAL DEMANDED**

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES FOR VIOLATION OF CONSTITUTIONAL RIGHT TO FREE SPEECH AND RELATED CLAIM.**

*COMES NOW the plaintiff, Gregg Marcel Dixon, self-represented, as and for a Complaint against the defendants above named, states, alleges, and avers as follows:*

## PRELIMINARY STATEMENT

1.      Plaintiff, Gregg Marcel Dixon, brings this action to recover damages for the deprivation of his free speech rights as a citizen of the United States as guaranteed by the First Amendment to the United States Constitution by two tortfeasors arising out of (a) defendant Congressman James E. Clyburn blocking and muting plaintiff from his social media accounts on Twitter and (b) the negligence of defendant X Corp f/k/a Twitter, Inc. (hereinafter "Twitter") for failing to properly manage its' platform.

2.      Defendant Congressman James E. Clyburn, an elected public official, engaged in state action subject to the First Amendment when he blocked and muted plaintiff from his personal social media accounts on Twitter, when defendant Congressman James E. Clyburn used such accounts to feature his job and communicate about job-related matters with the public, but was not doing so pursuant to any governmental authority or duty. *See, Garnier & Garnier vs. O'Connor & T.J. Zane*, No. 3:17-cv-00215, U.S.D.C. S. Cal. (2021), U.S. Ct. of Appeals, 9th Cir., Nos. 21-55118, 21-55157 (2022), U.S. Supreme Ct., *Cert. Granted*, pending, Case No. 22-324 (public official engaged in state action and violated First Amendment Right s of constituents by blocking constituents on Twitter). *See also, Lindke vs. Freed*, No. 2:20-cv-10872, U.S.D.C. E.D. Mich. (2021), U.S. Ct. of Appeals, 6th Cir., No. 21-2977 (2022), U.S. Supreme Ct., *Cert. Granted*, pending, Case No. 22-611 (public official did not engaged in state action and did not violate First Amendment Rights of constituent by blocking constituent on Twitter).

2

3.      Defendant Twitter, as owner and operator of the social media and communications platform commonly known as Twitter, is negligent in its' management and operations of Twitter because it breached a duty of care owed plaintiff as a Twitter account holder and but for its' breach of duty plaintiff would not have suffered any damages arising from being blocked or muted by defendant Congressman James E. Clyburn.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over this action pursuant to (I) 28 U.S.C. § 1331, which confers original jurisdiction upon this Court for actions arising under the laws of the United States; and (ii) under the Declaratory Judgment Statute, 28 U.S.C. § 2201.

5.      Venue is proper in the Beaufort Division of the District Court of South Carolina pursuant to 28 U.S.C. §§ 1391(b)(1) and (c), in that the plaintiff resides in this judicial district and a substantial portion of the acts that make up the basis of the Complaint occurred within this judicial district.

## DEMAND FOR TRIAL BY JURY

6.      Pursuant to Rule 38(b) FRCP, the plaintiff hereby demands a jury of all issues to triable.

## NO IMMUNITY UNDER STATE LAW

7.      Plaintiff avers that the wrongful and illegal actions and inactions and omissions of defendants Congressman James E. Clyburn and Twitter complained of herein were practiced with actual malice and reckless disregard towards plaintiff and his legal rights and property interests, and were willful, and constituted malicious, intentional, willful, outrageous, reckless, and flagrant

misconduct, so as to deprive the defendants of any immunity under the laws of any State. Plaintiff further avers that any State law, ordinance, proclamation, regulation, statute, etc., pursuant to which defendants claim they acted, is unconstitutional, and the defendants' conduct pursuant to any State law, ordinance, proclamation, regulation, statute, etc., which violated plaintiff's federally guaranteed rights cannot be immunized by State law.

## PARTIES

8.     At all times herein, plaintiff Gregg Marcel Dixon is a citizen of the United States and a resident of the City of Ridgeland, County of Jasper, State of South Carolina.

9.     At all times herein, plaintiff Gregg Marcel Dixon is a resident of the 6th Congressional District of South Carolina and a constituent of defendant Congressman James E. Clyburn. Plaintiff, was, and continue to be, a candidate for the office of Member of Congress for the 6th Congressional District of South Carolina.

10.     At all times herein, plaintiff Gregg Marcel Dixon is a registered voter in the City of Ridgeland, Jasper County, State of South Carolina.

11.     At all times herein, defendant Congressman James E. Clyburn was, and continues to be, the elected Member of the U.S. House of Representatives representing the 6th Congressional District of South Carolina. Congressman Clyburn has been representing the 6th Congressional District since 1993.

12.     At all times herein, defendant Congressman James E. Clyburn is a resident of the State of South Carolina.

4

13.    At all times herein, *arguendo*, defendant Congressman James E. Clyburn is one of the top Democratic in the United States Congress, currently serving as the Assistant Democratic Leader in the U.S. House of Representatives and Chairman of the Democratic Faith Working Group. Defendant Congressman James E. Clyburn previously served as the U.S. House Majority Whip from 2007-2011 and 2019- 2022. He served as Chairman of the Congressional Black Caucus and Chair of the House Democratic Caucus. Defendant Congressman James E. Clyburn has been substantially responsible for securing federal funding of projects in the State of South Carolina in FY21, FY22 and FY23 in access $1,800,000,000 (One-Billion-Eight-Hundred-Million Dollars).

14.    At all times herein, defendant James E. Clyburn is being sued in his individual capacity as well as in his official capacity as a Member of the United States Congress.

15.    At all times herein, defendant X Corp, a privately held Nevada corporation, is the successor to Twitter, Inc., a Delaware Corporation, by merger. Pursuant to 8 *Del C. Section 259*, defendant X Corp succeeded to all of Twitter Inc.'s obligations upon its merger with Twitter, Inc.

16.    At all times herein, defendant Twitter owns, operates, manages, controls and set policies and standards for the social media communications platform commonly known as Twitter.

## STATEMENT OF RELEVANT FACTS

17.    At all times herein, defendant Congressman James E. Clyburn created, maintained operated and controlled two verified[1] Twitter accounts that he used to feature his job and

---

[1] According to Twitter's User Guide, verification is a process whereby the authenticity of the Twitter account holder is confirmed and is indicated by check mark next to account holder's name.

communicate about job-related matters with the public, but was not doing so pursuant to any governmental authority or duty.

18.     At all times herein, defendant Congressman James E. Clyburn verified Twitter accounts are James E. Clyburn/@RepJames Clyburn and Jim Clyburn@ClyburnSC06.

19.     As of September 5, 2023, defendant Congressman James E. Clyburn had approximately 189, 200 Twitter followers.

20.     The following are representative tweets of defendant Congressman James E. Clyburn and are indicative of the tweets the at the time of blocking or muting the plaintiff:



-more-









**James E. Clyburn** · 6/24/22 ···
Today's SCOTUS ruling further *establishes right-wing Republican* justices' radical disregard for individual rights & settled precedent.

They've eliminated a woman's right to control her body and given it to politicians.

The American people disagree. They will be heard.

65 · 105 · 309

James E. Clyburn reposted
**US Rep Kathy Castor** · 7/13/22 ···
*Today is the day! Tune in 11 AM to watch the historic unveiling of Dr. Mary Mcleod Bethune's statue in the* #USCapitol!

#MaryMcleodBethune

**James E. Clyburn** · 7/16/22 ···
Starting today, anyone dealing with a mental health emergency or substance abuse can call or text 9 8 8 to speak to a trained crisis counselor who can help keep you safe.

Share to save a life. #988Lifeline

15 · 178 · 337

James E. Clyburn reposted
**Secretary Marcia L....** · 7/11/22 ···
Those who have served and sacrificed in defense of our country deserve to live with dignity and respect in safe, quality housing.

**Department of...** · 7/11/22
Today, HUD and @DeptVetAffairs announced the availability of $10.4 million through the Veterans Housing Rehabilitation and Modificatio...

**James E. Clyburn** · 7/13/22 ···
When dealing with an active shooter, law enforcement ought to be able to alert the public quickly and efficiently.

The House just passed the Active Shooter Alert Act, which will enable law enforcement to send emergency alerts about nearby active shooters.

**James E. Clyburn** · 7/14/22 ···
NEW: The House just passed the EQUAL Act as part of this year's defense bill, eliminating the racial sentencing disparity between crack and powder cocaine, which has a disproportionate impact on communities of color.

This is a huge win for criminal justice reform.

35 · 447 · 1,484

**James E. Clyburn** · 7/14/22 ···
I'm pleased to have worked on this issue with @RepJeffries, @RepSherrill, and a number of our Republican colleagues.

2 · 41 · 185

**James E. Clyburn reposted**
Jim Clements ✔ @Cl... · 10/4/22
Today, we announced the largest single award from a federal agency in @ClemsonUniv history.

Thank you to @usdagov and @WhipClyburn for their work in awarding a $70M grant to collaborate with @scstate1896 to positively impact the residents of South Carolina.

James E. Clyburn and 2 others



James E. Clyburn ✔ @w... · 12/1/22
I am honored by @HouseDemocrats support of me to serve as the Assistant Democratic Leader in the 118th Congress.

It is important that the South, rural communities, and those left out of economic progress of previous generations have a seat at the leadership table next Congress.



James E. Clyburn ✔ · 12/13/22
Luke 3:5 tells us, "The crooked roads shall become straight, the rough ways smooth."

Today, I told the National Conference of Black Churches, @HouseDemocrats are working to repair the crooked roads in our communities so they can be made straight.

There is still much work to do.



James E. Clyburn ✔ · 2/15/23
I'm pleased @EPA just announced over $23 million from @POTUS' Infrastructure Law is headed to South Carolina to improve access to clean, safe drinking water.

The Infrastructure Law continues to be key in addressing the inequities that plague our underserved communities.



James E. Clyburn ✔ · 4/27/23
Recently, @RepBoKhanna visited my district to celebrate a successful new STEM job training program at Benedict College.

He joined my podcast this month to discuss how we can expand good-paying tech job opportunities in minority communities. clyburnchronicles.podbean.com/e/the-tech-rev...

**Jim Clyburn** ✓ @Clyb... · 5/23/17 ···
I will be having a town hall on June 1st at Black River Electric Cooperative, 1121 N Pike W, Sumter, S.C., 6-8 p.m.



💬    ↻ 4    ♡ 7    �.ıl    ⬆

---

**Jim Clyburn** ✓ @Clyb... · 3/21/22 ···
Today I officially filed to run for re-election.

When I ran for Congress I promised that I would commit myself to "Service over self and principles over politics" & I will continue to do so in 2022!



💬 90    ↻ 829    ♡ 4,834    ⬆

---

**Jim Clyburn** ✓ @Clyb... · 5/4/17 ···
#TrumpCare does nothing for working families & ordinary people. The only ones benefiting are insurance companies, their CEOs, & the wealthy.

💬    ↻ 14    ♡ 18    �.ıl    ⬆

---

**Jim Clyburn** ✓ @Clyb... · 12/6/21 ···
RESP creates jobs, save American families & businesses money on their electric bills and reduce air pollution. Millions of dollars in RESP funds have helped many customers in South Carolina lower their electric bills by $100+/month.

🔁 **James E. Clyburn** ✓ · 12/6/21
I'm pleased the House-passed #BuildBackBetter Act includes $200 million for the Rural Energy Savings Program that I helped launch in 2014....

---

**Jim Clyburn** ✓ @Clyb... · 7/5/22 ···
WATCH: For Congressional action to fully address police behavior and guns on our streets, we need voter intervention this November.

The House has demonstrated what can be done with a clear majority. Democrats need a clear majority in the Senate to affect real change.



---

↻ Jim Clyburn reposted

**Jim Clyburn** ✓ @Clyb... · 6/24/22 ···
STATEMENT: This decision put the health of millions of women in danger, disproportionately impacting women of color & low-income communities. For nearly 50 yrs, women have had the const. right to make their own decisions about their health & their bodies.



**James E. Clyburn** · 12/5/22
.@FCC has released its initial draft for its new broadband maps— showcasing its current estimate of where internet access is and isn't in SC and across the country.

These maps will inform our historic investments to make high-speed internet accessible and affordable for all.



**James E. Clyburn** · 2/28/23
President Roosevelt's G.I. Bill delivered on a promise made to WWII soldiers in return for their service.

Black veterans were largely denied these benefits due to their race.

Today, @RepMoulton and I reintroduced our G.I. Bill Restoration Act to right this generational wrong.



**James E. Clyburn** · 5/24/23
Today House Republicans will pass a bill to retroactively charge student loan borrowers interest on their paused payments, repeal @POTUS' student loan debt relief plan, and claw back aid from public servants.

Cruelty is the point.



**James E. Clyburn** · 1/31/23
Raising the debt ceiling isn't about new spending — it's about paying our debts and maintaining our credibility on the world stage.

Republicans are hellbent on threatening the full faith and credit of the United States. We can't let that happen.

Posts    Replies    Media    Likes



⇄ James E. Clyburn reposted

**U.S. Department o...** · 6/28/23
Our $22M investment in Orangeburg, SC, will help construct a new pedestrian bridge, transit hub, and electric charging stations – improving pedestrian safety, increasing access to public transit, and better connecting neighborhoods and university campuses to downtown.

James E. Clyburn





21.    Twitter is a 'social media platform" consisting of an online community to facilitate people, businesses, government officials, government agencies and other institutions finding and forming an exchange of different content.

22.    A Twitter user is an individual, business, government official, government agency or other institution who has created an account on the social media platform.

23.    Users of Twitter can post or digitally share text, written messages, photographs, videos, or links to other articles or webpages from their Twitter accounts. Users can also broadcast live streams of video world-wide from their respective Twitter accounts.

24.    By default, any other Twitter user can comment on public posts of any other Twitter user-thereby creating an open forum.

25.    Users can also add written replies to prior submitted comments to support, oppose or debate the substance of a prior public post.

26.    Pursuant to its' User Guide, Twitter, generally, does not moderate or pre-approve posts or comments but can remove any post or comment if it decides to do so.

27.    Twitter users can choose to block or mute any other Twitter user at will, as defendant Congressman James E. Clyburn and done to plaintiff.

28.    Defendant Congressman James E. Clyburn is a public figure, holding elective office as a United States Congressman.

29.    Defendant Congressman James E. Clyburn, prolifically uses his twitter accounts to feature his job-related work as a government official and communicate about government policy,

programs and opportunities for his constituent and not doing so pursuant to any governmental authority or duty.

30.    Defendant Congressman James E. Clyburn tweeter accounts are a traditional public forum.

31.    At all times herein, plaintiff has been a Twitter account holder since 2011 and currently has accounts using the hashtags of @Marcel4Congress and @IamKatoEmir.

32.    At all times herein, plaintiff has openly and notoriously posted critical comments about the policies, political positions, funding priorities, and other job-related matters of defendant Congressman James E. Clyburn.

33.    Plaintiff was a certified competing candidate in the Democratic Primary Election in June, 2022, challenging defendant Congressman James E. Clyburn for the office of Member of Congress for the 6th Congressional District of South Carolina.

34.    Upon information and belief, sometime during May of 2022, Defendant Congressman James E. Clyburn blocked and muted plaintiff from having access or posting on his Twitter accounts, including the deletion of comments posted by plaintiff and allowing comments posted by plaintiff from appearing on the Twitter accounts in comments or reposted comments by other Twitter users.

35.    To date, plaintiff continues to be blocked and muted from access and posting on Defendant Congressman James E. Clyburn Twitter accounts.

36.    According to defendant Twitter policy, Twitter account holders that are public officials, persons who seeking public office are automatically subject to verification, recognizing

the special public interest nature of these accounts and a duty to limit fraud and dishonesty on its' platforms and the legitimate corporate interest to facilitate the free flow of ideas amongst its' users.

37.    Defendant Twitter knew, or should have known, that it was foreseeable, if left improperly managed, state actors like defendant Congressman James E. Clyburn, would engage in unconstitutional activity within the use twitter accounts by blocking and muting other Twitter users, like plaintiff, who are critics of their official job-related performance.

<div align="center">

**COUNT ONE**
**AS AND FOR A FIRST CAUSE OF ACTION**
**AGAINST**
**CONGRESSMAN JAMES E. CLYBURN**

**Violation of 42 U.S.C. Section 1983**

</div>

38.    The plaintiff realleges each and every allegation set forth herein above as if repeated verbatim.

39.    Plaintiff asserts that defendant James E. Clyburn, in his official capacity, retaliated against plaintiff, by blocking and muting plaintiff and preventing plaintiff from commenting in a public forum, namely Twitter, because of his criticism of defendant James E. Clyburn, cause sever harm to plaintiff by preventing plaintiff from exercising his rights and privileges secured by the Constitution and Laws of the United States, as provided by the free speech provisions of First Amendment to the U.S. Constitution.

40.    Given plaintiff's political challenge to Defendant James E. Clyburn office in June of 2022, defendant James E. Clyburn used his Twitter accounts quash political speech in violation of plaintiff's First Amendment Rights.

41.     Defendant James E. Clyburn continue to ban plaintiff from access to his twitter accounts and exercising his First Amendment rights to free speech and, in doing so, denies or diminishes a significant opportunity for a more robust and diverse political debate on issues of public concern.

42.     Plaintiff avers that defendant Congressman James E. Clyburn, knew or should have known, with the exercise of reasonable care, that he was acting in a willful, malicious, wanton, and reckless manner in blocking and muting plaintiff on Twitter, as such actions relates to the violation of plaintiff's constitutional right to free speech and the harm arising therefrom. Therefore, plaintiff is entitled to compensatory damages in the amount of $10,000,000.00 (TEN-MILLION-DOLLARS), as well as costs and attorney fees.

43.     Further, plaintiff asserts that defendant Congressman James E. Clyburn, individually, should be subject to punitive damages for the willful, wanton, and reckless violation of plaintiff's First Amendment Right to free speech and the damages arising therefrom.

**COUNT TWO**
**AS AND FOR A SECOND CAUSE OF ACTION**
**AGAINST**
**X CORP f/k/a TWITTER, INC.**

**Negligence**

44.     The plaintiff realleges each and every allegation set forth herein above as if repeated verbatim.

45.     By its' own policies, defendant Twitter owed a duty of care to plaintiff to manage its' social media platform to limit fraud, dishonesty on its' platform and prevent or not facilitate

the breach of constitutional obligations of its' users that are state actors, as did defendant James E. Clyburn, particularly given its' stated interest in encouraging the free flow of ideas.

46.     Defendant Twitter breached its' duty of care to plaintiff by mismanaging its' social media platform and, but for such breach defendant, plaintiff would not have suffered damages.

47.     Plaintiff avers that defendant Twitter, knew or should have known, with the exercise of reasonable care, that it was acting in a willful, malicious, wanton, and reckless manner by not preventing the blocking and muting plaintiff on Twitter, as such actions were foreseeable, as they relate to the violation of plaintiff's constitutional right to free speech, including political speech, and the harm arising therefrom. Therefore, plaintiff is entitled to compensatory damages in the amount of $10,000,000.00 (TEN-MILLION-DOLLARS), as well as costs and attorney fees.

48.     Further, plaintiff asserts that defendant Twitter should be subject to punitive damages for the willful, wanton, and reckless violation of plaintiff's First Amendment Right to free speech and the damages arising therefrom.

## PRAYER FOR RELIEF

***WHEREFORE***, plaintiff prays for judgment against the defendants as follows:

(a) that this Court assume jurisdiction of this matter;
(b) issue and Order finding defendants in violation of all allegations in each and every Count of this Complaint;
(c) issue a declaratory judgment finding defendants' acts complained of herein were unconstitutional;

(d) issue and Order compelling defendants to unblock plaintiff and grant access to plaintiff to Twitter accounts of defendant Congressman James E. Clyburn;

(e) issue an Order compelling defendant Twitter to institute a policy where Twitter account holders, deemed state actors, cannot block, mute or otherwise silence constituents;

(f) award plaintiff compensatory damages of $10,000,000.00 (TEN-MILLION DOLLARS;

(g) hold defendants joint and severally liable for compensatory damages awarded to plaintiff, and *in so lido* for such damages;

(h) award plaintiff punitive damages against defendants;

(i) retain jurisdiction of this action until defendants have fully complied with all Orders of the Court;

(j) award plaintiff attorney fees and costs;

(k) make further Orders as the Court deem just, necessary, and proper.

Respectfully Submitted,

Gregg Marcel Dixon
Plaintiff, Self-Represented
3909 Rice Shire
Ridgeland, South Carolina 29936
(843) 305-1358
E-Mail:  gmarceldixon@gmail.com

Dated: September 7, 2023
       Ridgeland, South Carolina