

2024 MAY 16 AM 8:39

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

**GREGG MARCEL DIXON**

        Plaintiff

-vs-

**JAMES E. CLYBURN,**

        Defendant.

**PLAINTIFF MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS.**

Case No. 9:23-cv-04500-SAL-MHC

### PLAINTIFF MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Gregg Marcel Dixon, move the Court pursuant to Local Rule 6.01 to grant an extension of time from the current deadline of May 20, 2024 to June 6, 2024 to file responses to defendant's Motions to Dismiss. This deadline has not been previously extended, nor would it affect any other deadline. Plaintiff certifies that, after consultation, no objections to this instant request has been made.

Sincerely,

*Gregg Dixon* (signature)

Gregg Marcel Dixon
Plaintiff, Pro Se
3909 Rice Shire
Ridgeland, South Carolina 29936
(843) 305-1358
gmarceldixon@gmail.com